UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ROBERT MUSE and <br> LESHIA RANDOLPH, <br><br> Plaintiffs, <br><br> v. <br><br> JACOBS ENGINEERING GROUP, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No.: 3:17-CV-282-TAV-HBG <br> ) <br> ) <br> ) <br> ) |

## ORDER

This case is before the Court upon periodic review. It appears from the parties' filings that this case arises from the same underlying facts as *Adkisson et al. v. Jacobs Engineering Group*, Case No. 3:13-cv-505, but due to the date this case was filed it is not set for the same trial schedule as *Adkisson* and its other consolidated and related cases [*See* Doc. 24 (setting trial for February 11, 2019)]. In the interest of preserving the Court's and the parties' resources, this case is **STAYED** pending resolution of phase one of the *Adkisson* case series. The parties are **ORDERED** to file a joint status report within **thirty days** of the resolution of phase one the *Adkisson* case series advising the Court whether the stay should be lifted.[1] The pending motions [Docs. 16, 19] are **DENIED** without prejudice to refiling once the stay is lifted.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] If the parties wish, they may also advise the Court of their position on whether this case and any other related cases should be consolidated for motion practice and/or trial—i.e., the creation of a second series of cases arising out of the underlying facts at issue that have been filed since the designation of the *Adkisson* series.