UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT MUSE and<br>LESHIA RANDOLPH,<br><br>      Plaintiffs,<br><br>v.<br><br>JACOBS ENGINEERING GROUP,<br>INC.,<br><br>      Defendant. | No.: 3:17-CV-282-TAV-HBG |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that James F. Sanders, along with J. Isaac Sanders, and Marie T. Scott, of Neal & Harwell, PLC, 1201 Demonbreun Street, Suite 1000, Nashville, Tennessee 37203, hereby enter their appearance as counsel of record for Defendant Jacobs Engineering Group, Inc.

    Respectfully submitted,

    **NEAL & HARWELL, PLC**

    By: /s/ James F. Sanders
        James F. Sanders   No. 005267
        jsanders@nealharwell.com
        J. Isaac Sanders   No. 029372
        isanders@nealharwell.com
        Marie T. Scott   No. 032771
        mscott@nealharwell.com
    1201 Demonbreun Street
    Suite 1000
    Nashville, Tennessee 37203
    Telephone: (615) 244-1713
    Facsimile: (615) 726-0573

    *Attorney for Defendant*
    *Jacobs Engineering Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 11th day of April, 2018, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                                    /s/ James F. Sanders